DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUKE CHAMBERLAIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2722

[April 14, 2022]

Appeal from order denying rule 3.850 motion in the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 11-14892CF10A.

Luke Chamberlain, Wewahitchka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Melynda Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***